GIRARDI | KEESE
THOMAS V. GIRARDI, CA Bar No. 36603
tgirardi@girardikeese.com
DAVID N. BIGELOW, CA Bar No. 181258
dbigelow@girardikeese.com
GRAHAM B. LIPPSMITH, CA Bar No. 221984
glippsmith@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiff Junior Larry Hillbroom

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR LARRY HILLBROOM, an individual, | CASE NO. CV09-0841-ODW (CTx) |
| Plaintiff, | [~~PROPOSED~~] FINAL JUDGMENT AS TO ALL CLAIMS AND CROSS-CLAIMS |
| v. | |
| BARRY J. ISRAEL, an individual; KEITH A. WAIBEL, an individual; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

1

FINAL JUDGMENT

# FINAL JUDGMENT

TO ALL PARTIES AND THEIR COUNSEL:

On February 3, 2009, Plaintiff Junior Larry Hillbroom ("Plaintiff") filed his original Complaint in this case (Dkt. # 1) and then filed the operative First Amended Complaint on April 22, 2009 (Dkt. #14) naming Defendants David J. Lujan ("Lujan"), Barry J. Israel ("Israel") and Keith A. Waibel ("Waibel") as Defendants;

On May 11, 2009, Waibel filed an answer to Plaintiff's First Amended Complaint (Dkt. #24) and Plaintiff's claims against Waibel remain at issue;

On May 11, 2009, Waibel filed a cross complaint against Lujan and Israel (Dkt. #33);

On April 26, 2010, the Court issued its scheduling and case management order, setting, among other dates, a jury trial for April 26, 2011 and discovery cutoff for January 24, 2011 (Dkt. # 82);

On May 11, 2009, Lujan filed a motion to dismiss Plaintiff's First Amended Complaint (Dkt. #25) that the Court granted on March 24, 2010 after finding that it lacked jurisdiction over Lujan (Dkt. #72);

On April 29, 2010, Lujan filed a motion to dismiss Waibel's Cross Complaint (Dkt. # 84) that the Court granted on July 6, 2010 after finding that it lacked personal jurisdiction over Lujan (Dkt. # 100);

To date, Lujan has not filed a Proposed Judgment of the claims against him in either Plaintiff's First Amended Complaint or Waibel's Cross Complaint, nor has the Court executed or entered a Final Judgment of the claims against Lujan in either Plaintiff's First Amended Complaint or Waibel's Cross Complaint;

On June 24, 2010, Israel filed a motion to dismiss Plaintiff's First Amended Complaint (Dkt. #95) that the Court granted on November 29, 2010 after finding that it lacked jurisdiction over Israel, requiring Israel to file a Proposed Judgment (Dkt. #108);

On June 24, 2010, Israel filed a motion to dismiss Waibel's Cross Complaint (Dkt.

1  #95) that the Court granted on January 25, 2011 (Dkt. #111);

2      On December 9, 2010, Israel filed a Proposed Judgment (Dkt. #109-Attachment 1)
3  that the Court has not to date either executed or entered;

4      On January 25, 2011, the Court issued a Minute Order erroneously finding that
5  "there are no remaining Defendants" and ordering that "the Clerk of Court shall close this
6  case" (Dkt. #111). However, not only are Plaintiff's claims against Waibel still at issue
7  (Dkt. #24), but the Court has neither executed or entered Final Judgment as to any of
8  Plaintiff's claims or Waibel's cross-claims against Lujan or Israel.

9

10     On March 15, 2011, Plaintiff and Waibel, the only remaining parties to this case,
11 filed a Joint Stipulated Request for Clarification of Court Docket and for Entry of Final
12 Judgment ("Joint Request"). Having previously granted Lujan and Israel's motions to
13 dismiss all claims against them, having considered the Joint Request and good cause
14 appearing therefor, the Court hereby ORDERS and ADJUDGES as follows:

15

16     (1)  That Plaintiff's claims against Waibel are dismissed from this case without
17          prejudice; and

18

19     (2)  Because no issues remain for determination in this case, and for the reasons
20          set forth in more detail above, the Court hereby enters this Final Judgment as
21          to all of Plaintiff's claims and Waibel's cross-claims herein pursuant to FRCP
22          Rule 58.

23

24 Dated: March 17, 2011

25                                    By:  _____
                                              OTIS D. WRIGHT

26

27                                         _____

28